UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-262-JCM-(CWH) |
| NABIL SAKKAB, | ) |
| Defendant. | ) |

**ORDER TO APPLY $197,602 IN UNITED STATES CURRENCY IN POSSESSION OF LAS VEGAS METROPOLITAN POLICE DEPARTMENT TOWARDS RESTITUTION AND MONETARY PENALTIES**

This Court, having read and considered the United States of America's Unopposed Motion to Apply $197,602 in United States Currency in Possession of Las Vegas Metropolitan Police Department towards Restitution and Monetary Penalties, and good cause appearing, finds the $197,602 in United States Currency is owned by Nabil Sakkab ("Sakkab").

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Las Vegas Metropolitan Police Department will convert the $197,602 in United States Currency to a cashier's check and turn it over to a Federal Bureau of Investigation ("FBI") agent;

. . .

. . .

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the FBI will deliver the cashier's check to the Court Clerk to pay restitution to the victims and, if any money remains, to pay his other monetary penalties;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court Clerk will turn over any remaining amounts to the United States Marshals Service to be applied towards his criminal forfeiture money judgment of $196,500 in United States Currency.

DATED this 14th day of November, 2013.

UNITED STATES DISTRICT COURT