

✓FILED       _____ RECEIVED
_____ENTERED      _____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 1 4 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NABIL SAKKAB, )<br>)<br>Defendant. ) | 2:13-CR-262-JCM-(CWH) |

### ORDER OF FORFEITURE

This Court found on July 29, 2013, that NABIL SAKKAB shall pay a criminal forfeiture money judgment of $196,500 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Order of Forfeiture, ECF No. 7.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from NABIL SAKKAB a criminal forfeiture money judgment in the amount of $196,500 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 14th day of NOV. 2013.

_____
UNITED STATES DISTRICT JUDGE